**FILED**
**JAN 3 2022**
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| JORGE GARCIA | § | |
| v. | § § § | Civil Case No. 1-21-CV-1063-LY |
| ALVIN ZIMMERMAN AND M.S.A., INC. | § § | |

## ORDER

BE IT REMEMBERED on this the 28th day of December, 2021, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Anna J. Hart ("Applicant"), counsel for Plaintiff Jorge Garcia, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Plaintiff Jorge Garcia in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the 3rd day of January, 2022.

UNITED STATES DISTRICT JUDGE