# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **JORGE GARCIA,**<br>*Plaintiff* | § § § | |
| **v.** | § § | **Case No. 1:21-CV-01063-SH** |
| **ALVIN ZIMMERMAN and M.S.A., INC.,**<br>*Defendant* | § § | |

## O R D E R

Now before the Court is the parties' Agreed Motion for Leave to Extend Deadlines, filed April 28, 2023 (Dkt. 26). The Motion is hereby **DENIED**.

First, the parties request leave to extend the deadline to conduct discovery. Counsel are reminded that they may by agreement continue discovery beyond the June 30, 2023 deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery. Dkt. 23 ¶ 5.

The parties also seek leave to extend the deadline to amend pleadings and join parties. This case was removed to this Court on November 23, 2021. Dkt. 1. In the Agreed Scheduling Order entered by the Court, the deadline to file all amended or supplemental pleadings and join additional parties expired July 29, 2022 – nearly one year ago. Dkt. 10 ¶ 1. This Court discussed the schedule in detail with the parties during a phone conference held March 27, 2023, and neither asked to reopen this long-passed deadline. *Cf.* Dkt. 14 at 1 (declining to modify scheduling order five weeks after initial pretrial conference). The Court finds that the parties have not shown good cause to extend the deadlines in the Amended Scheduling Order (Dkt. 23), which remain as set.

**SIGNED** on May 1, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE