# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JORGE GARCIA,** <br> *Plaintiff* <br><br> **v.** <br><br> **ALVIN ZIMMERMAN and M.S.A., INC.,** <br> *Defendants* | § § § § § § § § | **Case No. 1:21-CV-01063-SH** |

## ORDER

On this day, the parties notified the Court that they had settled all claims in the above-styled lawsuit. Dkt. 38. Accordingly, the Court **ORDERS** the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by **November 13, 2023**. It is **FURTHER ORDERED** that all settings in this case are **HEREBY CANCELED**.

**SIGNED** on October 13, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1