UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JORGE GARCIA,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. 1:21-CV-01063-SH |
| **ALVIN ZIMMERMAN and M.S.A., INC.,** *Defendants* | § § § § | |

## FINAL JUDGMENT

Pursuant to the parties' October 23, 2023 Agreed Stipulation of Dismissal with Prejudice filed with this Court, the parties stipulate that they have resolved all claims in this case, and the Court, having considered such stipulation, is of the opinion and finds the following:

> That the Plaintiff and the Defendants have satisfactorily resolved all the issues involved herein.
>
> It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the Plaintiff JORGE GARCIA recover nothing from the Defendants ALVIN ZIMMERMAN and M.S.A., INC.
>
> It is further **ORDERED**, **ADJUDGED** and **DECREED** that all costs associated with Plaintiff's claims against Defendants be taxed against the party by whom incurred.
>
> The Court orders execution to issue for this judgment.
>
> All relief not specifically granted or denied herein as to Plaintiff JORGE GARCIA, is hereby denied.

**SIGNED** on November 14, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE